AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division                 District of     Massachusetts

IRONWOOD CAPITAL LTD.,

**SUMMONS IN A CIVIL CASE**

V.

IRONWOOD CAPITAL MANAGEMENT, LLC;
IRONWOOD PARTNERS, LLC; and ICM SERIES
TRUST,

CASE NUMBER:

**04 CV 10726 PBS**

TO: (Name and address of Defendant)

Mark Schoenfeld, Esq.
Burns & Levinson
125 Summer Street
Boston, MA 02110
Attorneys for: Ironwood Capital Management, LLC; Ironwood Partners, LLC;
   and ICM Series Trust

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary R. Greenberg, Esq.            Todd S. Sharinn, Esq.
Greenberg Traurig, LLP             Greenberg Traurig, LLP
One International Place, 20th Floor   885 Third Avenue
Boston, MA 02110                   New York, NY 10022
(617) 310-6000                     (212) 801-2157

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                              DATE  4-9-04

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>April 28, 2004 |
| **NAME OF SERVER**<br>BURTON M. MALKOFSKY | TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other:  By handing true and attested copies thereof to <u>Janet Bates, Secretary & Agent for Mark Schoenfeld, Esq.,</u>

Duly Authorized Agent for the within-named <u>Defendant, Ironwood Capital Management, LLC.</u>

Said service was made at:

<u>125 Summer Street, Boston</u>, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | | TOTAL |
|---|---|---|---|
| | $ 34.00 | (18 | $ 34.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____April 28, 2004_____         _____Burton M Malkofsky_____
                    Date                                    Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| **DUE & DILIGENT SEARCH**: $_____.00   No service was made | | TOTAL | $_____.00 |

because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**              One Devonshire Place              Telephone # (617) 720-5733
Massachusetts Constables since 1925            Boston, MA  02109              Fax #         (617) 720-5737