AO 440 (Rev. 8/01) Summons in a Civil Action



## UNITED STATES DISTRICT COURT

Eastern Division     District of    Massachusetts

IRONWOOD CAPITAL LTD.,

**SUMMONS IN A CIVIL CASE**

V.

IRONWOOD CAPITAL MANAGEMENT, LLC;
IRONWOOD PARTNERS, LLC; and ICM SERIES
TRUST,

CASE NUMBER:

**04cv10726 PBS**

TO: (Name and address of Defendant)

Mark Schoenfeld, Esq.
Burns & Levinson
125 Summer Street
Boston, MA 02110
Attorneys for: Ironwood Capital Management, LLC; Ironwood Partners, LLC;
       and ICM Series Trust

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary R. Greenberg, Esq.　　　　　　　　　Todd S. Sharinn, Esq.
Greenberg Traurig, LLP　　　　　　　　　 Greenberg Traurig, LLP
One International Place, 20th Floor　　 885 Third Avenue
Boston, MA 02110　　　　　　　　　　　　　New York, NY 10022
(617) 310-6000　　　　　　　　　　　　　　(212) 801-2157

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    TONY ANASTAS       DATE   4-9-04

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>April 28, 2004 |
| **NAME OF SERVER**<br>BURTON M. MALKOFSKY | TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other:  By handing true and attested copies thereof to _Janet Bates, Secretary & Agent for Mark Schoenfeld, Esq.,_

Duly Authorized Agent for the within-named_____**Defendant, Ironwood Partners, LLC.**_____

Said service was made at:

_____125 Summer Street, Boston_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 15.00 | $ 15.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ April 28, 2004 _____
           Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |

**DUE & DILIGENT SEARCH:** $_____.00   No service was made   TOTAL   $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

Suvalle, Jodrey & Associates    One Devonshire Place    Telephone # (617) 720-5733
Massachusetts Constables since 1925    Boston, MA 02109    Fax # (617) 720-5737