THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------- x
                                                               :
IRONWOOD CAPITAL LTD.,                                         :   Civil Action No.:
                                                               :
                         Plaintiff,                            :
                                                               :
         v.                                                    :
                                                               :
IRONWOOD CAPITAL MANAGEMENT, LLC;                              :
IRONWOOD PARTNERS, LLC; and ICM SERIES                         :
TRUST,                                                         :
                                                               :
                         Defendants.                           :
-------------------------------------------------------------- x
```

## PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), the undersigned attorney, who is a member of the Bar of the United States District Court for the District of Massachusetts and has entered his appearance on behalf of the plaintiff Ironwood Capital Ltd. in the above-captioned matter, moves for leave to permit attorney Todd S. Sharinn of the law firm Greenberg Traurig LLP, 885 Third Avenue, New York, New York 10022 to appear and practice in this Court in the above-captioned case.

As grounds for this Motion, as set forth in the Certificate filed herewith:

1. Attorney Sharinn is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice.

2. There are no disciplinary proceedings pending against attorney Sharinn as a member of the Bar of any jurisdiction.

3. Attorney Sharinn is familiar with the Local Rules of the United States District

Court for the District of Massachusetts.

4. The Certification of Todd S. Sharinn is filed herewith.

WHEREFORE, plaintiff Ironwood Capital Ltd. respectfully request this Court to permit Attorney Todd S. Sharinn to appear and practice in this Court in the above-captioned case.

RESPECTFULLY SUBMITTED:
GREENBERG TRAURIG LLP,
Plaintiff,
By its attorneys,

Gary R. Greenberg, Esq.
Greenberg Traurig, LLP
One International Place, Third Floor
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

Dated: May 13, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Courtney B. Pillsbury, hereby certify that on May 13, 2004, I spoke with Mark Schoenfeld, counsel for defendants, and he informed me that the defendant has no objection to this motion.