UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRONWOOD CAPITAL LTD.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>IRONWOOD CAPITAL MANAGEMENT, LLC; IRONWOOD PARTNERS, LLC; and ICM SERIES TRUST,<br><br>　　　　Defendants. | Civil Action No. 04 CV 10726 PBS |

**INITIAL DISCLOSURE STATEMENT
OF PLAINTIFF IRONWOOD CAPITAL LTD.**

Pursuant to FED. R. CIV. P. 26(a)(1) and Local Rules 26.1 and 26.2(A), plaintiff Ironwood Capital Ltd. ("Plaintiff"), hereby makes the following initial disclosures. Plaintiff expressly reserves the right to supplement, amend, or correct these disclosures to the extent necessary to make them accurate if they learn that the disclosures are somehow inaccurate or incomplete.

(A)　**INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS**

The following individuals are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

　　1.　Mr. Marc A. Reich
　　　　President
　　　　Ironwood Capital Management
　　　　200 Fisher Drive
　　　　Avon, Connecticut 06001

1

2. Ms. Caroline Galiette
   Managing Director
   Ironwood Capital Management
   200 Fisher Drive
   Avon, Connecticut 06001

3. Richard M. Skiba
   Financial Manager
   Ironwood Capital Management
   200 Fisher Drive
   Avon, Connecticut 06001

4. Joe Ganley
   Ironwood Equity Fund
   18 Tremont Street
   Boston, Massachusetts 02108

5. James G. Binch
   CEO & President
   Memry Corp.
   3 Berkshire Boulevard
   Bethel, Connecticut 06801

6. Dara Podber
   Cleveland Capital

7. Chana Schoenberger
   Forbes Magazine
   60 5th Avenue, 4th Floor
   New York, New York 10011

8. Valerie Russo
   Patriot Ledger
   (781) 331-5442

9. SNL Financial
   321 East Main Street
   Charlottesville, VA 22902

10. Luke Goirdano
    Hammer Capital Management, Inc.
    805-564-8785

  11. Warren Isabelle and Gary Saks
     Ironwood Capital Management LLC
     21 Custom House St.
     Boston, Massachusetts 02110

**(B)**  **<u>DOCUMENTS RELEVANT TO DISPUTED FACTS</u>**

The following categories of documents, within the possession, custody and/or control of Plaintiff and kept in the ordinary course of business, are relevant to the disputed facts alleged with particularity in the pleadings:

- Documents concerning Plaintiff's adoption and use of the mark IRONWOOD and/or IRONWOOD CAPITAL ("IRONWOOD CAPITAL Mark");
- Documents concerning Plaintiff's adoption and use of the IRONWOOD CAPITAL Mark;
- Documents concerning Plaintiff's services offered under and in connection with the IRONWOOD CAPITAL Mark;
- Documents concerning Plaintiff's customers;
- Documents concerning Plaintiff's advertising and/or promotion of its services under and in connection with the IRONWOOD CAPITAL Mark;
- Documents concerning instances of actual confusion; and
- Correspondence between the parties concerning Defendants' use of the alleged colorable imitation of Plaintiff's IRONWOOD CAPITAL Mark.

The following categories of documents, which Plaintiff believes to be within the possession, custody and/or control of Defendants are relevant to the disputed facts alleged with particularity in the pleadings:

- Defendants' records relating or referring to Defendants' adoption and/or use of Plaintiff's IRONWOOD CAPITAL Mark, or any variations, colorable imitations or derivatives thereof;
- Defendants' records pertaining to their total profits realized through the offering, promoting and rendering of their services under and in connection with their use of Plaintiff's IRONWOOD CAPITAL Mark or any variations, colorable imitations or derivatives thereof;
- Defendants' records pertaining to their services and customers;
- Defendants' records pertaining to instances of actual confusion;
- Defendants' records pertaining to, referring and/or relating to Plaintiff; and
- Third party documents referring or relating to instances of actual confusion.

(C) **COMPUTATION OF DAMAGES**

As of the date of this filing, Plaintiff has not computed any element of its damage claims. Notwithstanding the foregoing, Plaintiff reserves the right to supplement its response after it has had the opportunity to review Defendants' records pertaining to Defendants' profits realized under and in connection with their use of the alleged colorable imitation of Plaintiff's IRONWOOD CAPITAL Marks that would be the

measure of damages sought by Plaintiff in this action (whether or not such damages are awarded).

**(D)** **INSURANCE AGREEMENTS**

Plaintiff is covered by Insurance Policy No. OHE-7232847-00 from Hanover Insurance Company that may satisfy all or part of any judgment against Plaintiff and sought by Defendants through their counterclaims. Plaintiff awaits information concerning Defendants' insurance policy number and coverage.

**(E)** **STATEMENTS OBTAINED FROM OPPOSITION PARTIES, OFFICERS, DIRECTORS AND EMPLOYEES**

Plaintiff has obtained no sworn statements from any officers, directors or employees of the defendants although the parties had corresponded generally concerning Plaintiff's allegations.

**(F)** **GOVERNMENTAL AGENCIES THAT HAVE INVESTIGATED THE TRANSACTION OR OCCURRENCE**

Plaintiff is unaware of any governmental investigation regarding the facts alleged in this case.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 22 DAY OF JUNE 2004.

_____
Marc A. Reich
on behalf of Plaintiff
Ironwood Capital Management LLC

**RESPECTFULLY SUBMITTED,**

IRONWOOD CAPITAL LTD.,
Plaintiff,
By its attorneys:

Gary R. Greenberg (BBO # 209420)
GREENBERG TRAURIG LLC
One International Place, 3rd Floor
Boston, Massachusetts 02110
(617) 310-6000

Todd S. Sharinn, Esq.
Greenberg Traurig, LLP
885 Third Avenue
New York, New York 10022
(212) 801-2157