UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRONWOOD CAPITAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> IRONWOOD CAPITAL MANAGEMENT, LLC.; IRONWOOD PARTNERS, LLC.; and ICM SERIES TRUST <br><br> Defendants. | CIVIL ACTION NO. <br> 04CV10726 PBS |

### DEFENDANTS' CERTIFICATION UNDER L.R. 16.1(D)(2)

We hereby certify that we have conferred:

(a)  With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Gary S. Saks
Chief Operating Officer
Ironwood Capital Management, LLC
21 Custom House Street, Suite 240
Boston, Massachusetts 02110
Telephone: (617) 757-7600
Facsimile: (617) 757-7605

_____
Mark Schonfeld (BBO# 446980)
Counsel for the Defendant
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

Dated: June 25, 2004