UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRONWOOD CAPITAL LTD.,<br><br>Plaintiff,<br><br>v.<br><br>IRONWOOD CAPITAL MANAGEMENT, LLC; IRONWOOD PARTNERS, LLC; and ICM SERIES TRUST,<br><br>Defendants. | Civil Action No. 04 CV 10726 PBS |

## CERTIFICATION

We, the undersigned, Todd S. Sharinn, counsel for Plaintiff Ironwood Capital Ltd. ("Ironwood"), and Marc A. Reich, Ironwood's authorized agent, hereby affirm, on behalf of Ironwood, that we have conferred with a view to establishing a budget for the costs of conducting the full course of the above-entitled litigation, and have considered the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Todd S. Sharinn
Greenberg Traurig LLP
One International Place, 20th Floor
Boston, Massachusetts 02110
(617) 310-6000

_____
Marc A. Reich, President
Ironwood Capital Ltd.
18 Tremont Street
Boston, Massachusetts 02108
(617) 742-7600

1

Respectfully submitted,

IRONWOOD CAPITAL LTD.,
Plaintiff,
By its attorneys:


____/s/ Courtney Pillsbury_____
Gary R. Greenberg (BBO #209420)
Courtney B. Pillsbury (BBO #651549)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02062
(617) 310-6000