UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ironwood Capital, LTD
Plaintiff,

V.                                              Civil Action Number
                                                04-10726-PBS

Ironwood Capital Management, LLC, et al
Defendant.                                      July 1, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 9/30/04

Plaintiff's expert designation deadline: 10/30/04

Defendant's expert designation deadline: 11/30/04

Expert discovery deadline: 1/15/05

Summary Judgment Motion filing deadline: 2/1/05

Opposition to Summary Judgment Motions: 2/15/05

Hearing on Summary Judgment or Pretrial Conference: 3/8/05 at 2:00 p.m.

Case to be referred to Mediation program: Fall, 2004

                                                By the Court,

                                                /s/ Robert C. Alba
                                                Deputy Clerk