UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IRONWOOD CAPITAL LTD.,
    Plaintiff,

v.

IRONWOOD CAPITAL
MANAGEMENT, LLC, et al
    Defendants.

CIVIL ACTION
04-CV-10726-PBS

NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been scheduled for a MEDIATION with principals present at 10:30 a.m. on Tuesday, October 12, 2004 before the Honorable Walter Jay Skinner in Courtroom 5 on the third floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201.

    By: s/ Barbara Clarke
    Barbara Clarke (617) 748-9275
    (Available Only Tuesday, Wednesday
    and Thursday) or call
    George Howarth (617) 748-9127

To: ALL COUNSEL OF RECORD
July 27, 2004