UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IRONWOOD CAPITAL LTD.,
    Plaintiff,

v.

IRONWOOD CAPITAL
MANAGEMENT, LLC, et al
    Defendants.

CIVIL ACTION
04-CV-10726-PBS

**REVISED** NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been rescheduled for a MEDIATION with principals present at 10:15 a.m. on Tuesday, November 9, 2004 before Chief Magistrate Judge Bowler in Courtroom 25 on the seventh floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA  02201.

By: s/ Barbara Clarke
Barbara Clarke (617) 748-9275
(Available Only Tuesday, Wednesday and Thursday)

To:  ALL COUNSEL OF RECORD
October 5, 2004