UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRONWOOD CAPITAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> IRONWOOD CAPITAL MANAGEMENT, LLC; IRONWOOD PARTNERS, LLC; and ICM SERIES TRUST, <br><br> Defendants. | Civil Action No. 04 CV 10726 PBS |

**ASSENTED-TO MOTION TO POSTPONE MEDIATION**

Plaintiff Ironwood Capital Ltd. ("Plaintiff"), and defendants Ironwood Capital Management, LLC, Ironwood Partners, LLC and ICM Series Trust ("Defendants") hereby request that the mediation currently scheduled for November 9, 2004 be postponed to a date in mid-January 2005. In support of this motion, the parties state the following:

1. The parties have engaged in settlement negotiations and are in the process of finalizing the settlement documentation and expect that the settlement will be completed shortly.

2. As such, the parties believe that engaging in mediation at this point would be a waste of the Court's resources.

3. However, in the event that amicable settlement is not reached, the parties will need several weeks to complete discovery that was in progress at the time the settlement discussions began. Therefore, the parties propose that the mediation be rescheduled to a date after January 15, 2005.

WHEREFORE, the parties request that the mediation scheduled for November 9, 2004 be postponed to a date in mid-January that is convenient for the Court.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| IRONWOOD CAPITAL LTD., By its attorneys, | IRONWOOD CAPITAL MANAGEMENT LLC, IRONWOOD PARTNERS LLC and ICM SERIES TRUST, By their attorneys, |
| /s/ Gary R. Greenberg | /s/ Mark Schonfeld |
| Gary R. Greenberg (BBO No. 209420) | Mark Schonfeld (BBO No. 446980) |
| Courtney Pillsbury (BBO No. 651549) | Diane A.D. Noël (BBO No. 656430) |
| GREENBERG TRAURIG LLP | BURNS & LEVINSON LLP |
| One International Place – 3rd Floor | 125 Summer Street |
| Boston, MA 02110 | Boston, MA 02110 |
| (617) 310-6000 | (617) 345-3000 |

and

Todd S. Sharinn, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG LLP
885 Third Avenue
New York, New York 10022
(212) 801-2157

Dated: November 4, 2004