

# GREENBERG
ATTORNEYS AT LAW
# TRAURIG

FILED
IN CLERK'S OFFICE

2004 NOV -8  A 8:56

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 4, 2004

Via Facsimile: 617-204-5833
Magistrate Judge Marianne B. Bowler
United States District Court,
 District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: *Ironwood Capital Ltd. v. Ironwood Capital Management, LLC, et al.*
USDC No. 04 CV 10726 PBS

Dear Magistrate Judge Bowler:

There is currently scheduled a mediation in the above noted case for November 9, 2004. The parties are in the process of filing an assented-to motion to continue the mediation as they are in the process of settlement discussions. I expect that we will be filing the motion at some point this afternoon.

If you have any questions, please do not hesitate to contact me

Very truly yours,

Courtney B. Pillsbury

cc: Gary R. Greenberg, Esq.
    Todd Sharrin, Esq.
    Mark Schonfeld, Esq.

GREENBERG TRAURIG, LLP
ONE INTERNATIONAL PLACE BOSTON, MASSACHUSETTS 02110
617-310-6000  FAX 617-310-6001  www.gtlaw.com
AMSTERDAM  ATLANTA  BOCA RATON  BOSTON  CHICAGO  DALLAS  DENVER  FORT LAUDERDALE  LOS ANGELES  MIAMI  NEW JERSEY  NEW YORK
ORLANDO  PHILADELPHIA  PHOENIX  TALLAHASSEE  TYSONS CORNER  WASHINGTON, D.C.  WEST PALM BEACH  WILMINGTON  ZÜRICH

# Greenberg Traurig

**Transmittal Cover Sheet**

| From: | Tel: | E-Mail: |
|---|---|---|
| Courtney B. Pillsbury | (617) 310-6026 | PillsburyC@gtlaw.com |

| To: | Fax No: | Company: | Phone No.: |
|---|---|---|---|
| Magistrate Judge Marianne B. Bowler | 617-204-5833 | United States District Court | |

**File No.:**

**Re:** Ironwood Capital

**Date:** November 4, 2004  12:30 PM

**No. Pages:** Including Cover Sheet   2

*If you do not receive all pages properly, please call the Sender.*

**Notes:**

**Also sent via:**  ☐ US Mail   ☐ Overnight   ☐ Messenger   ☐ Email   ☒ No Other

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

One International Place | 20th Floor, Boston, Massachusetts 02110   Phone: 617.310.6000  Fax: 617.310.6001