UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRONWOOD CAPITAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> IRONWOOD CAPITAL MANAGEMENT, LLC; IRONWOOD PARTNERS, LLC; and ICM SERIES TRUST, <br><br> Defendants. | CIVIL ACTION NO. 04 CV 10726 PBS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled matter hereby stipulate that all claims and counterclaims asserted in this action or that could have been asserted in this action shall be and hereby are dismissed with prejudice, without costs, without attorneys' fees and waiving all rights of appeal.

Respectfully submitted,

IRONWOOD CAPITAL LTD.,
By its attorneys,

_/s/ Gary R. Greenberg_

Gary R. Greenberg (BBO No. 209420)
Courtney Pillsbury (BBO No. 651549)
GREENBERG TRAURIG LLP
One International Place
Boston, MA 02110
(617) 310-6000

Respectfully submitted,

IRONWOOD CAPITAL MANAGEMENT LLC, IRONWOOD PARTNERS LLC and ICM SERIES TRUST, By their attorneys,

_/s/ Mark Schonfeld_

Mark Schonfeld (BBO No. 446980)
Diane A.D. Noël (BBO No. 656430)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: 4/5/05

C:\Documents and Settings\pillsburyc\Local Settings\Temporary Internet Files\OLK9\00877338.DOC